UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA MILKOVITS,<br><br>                Plaintiff,<br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 3:24-cv-05695-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM JUDGMENT AND AMENDMENT OF JUDGMENT (DKT. NO. 17) |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. The Stipulated Motion for Relief from Judgment and Amendment of Judgment is GRANTED.

2. The administrative law judge's (ALJ) June 12, 2024 decision addressed both Plaintiff Cynthia S. Milkovits's applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively. The Order (ECF #15), dated July 21, 2025, applied to the ALJ's June 12, 2024 decision as a whole.

3. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reversed and remanded to the Defendant Commissioner of Social Security for a payment of benefits with respect to Plaintiff Cynthia S. Milkovits's application for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 25th day of November, 2025.

David G. Estudillo
United States District Judge